UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORD RAESIDE,

                Plaintiff,

      -v-

CAROLYN W. COLVIN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2025

**ORDER**

16-CV-1860 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On September 12, 2025, Plaintiff filed a motion for attorney's fees with supporting documentation. ECF Nos. 19–20. The Commissioner's deadline to oppose was October 26, 2025. ECF No. 26.

    By Order dated October 17, 2025, Judge Schofield noted that this action is stayed subject to the terms of the Amended Standing Order staying certain deadlines in civil cases where the Government is a party in light of the lapse in funding to the U.S. Department of Justice (*In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3). ECF No. 27.

    Accordingly, the Commissioner's deadline to oppose Plaintiff's motion for attorney's fees is hereby tolled consistent with the Amended Standing Order. **Within 10 days of the restoration of funding to the Department of Justice and/or other executive branch agencies, the parties are directed to submit**

1

a joint letter proposing the new deadline by which the Commissioner's opposition shall be filed.

**SO ORDERED.**

Dated: October 28, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2